110 Coquena Circle East
Savannah, Ga 31410

Honorable William T. Moore, Jr
United States District Judge
Southern District of Georgia

January 30, 2023

Judge Moore:

Your Honor, I am writing to petition the court for an early release from probation. I have completed over half of my probation period while I'm in complete compliance with the court's directives as well as the probation officers. Thank you for your time and attention to my request.

Respectfully,

Willie C. Lovett

Lovett
118 Cothune Cir. E.
Darik, GA 31410

The Honorable William T. Moore, Jr.
c/o Ms. Lisa Jacobs
U.S. Probation Officer
P.O. Box 8165
Savannah, Georgia 31412