UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | 4:14-CR-143 |
| | ) | |
| V. | ) | |
| | ) | |
| **WILLIE CLINTON LOVETT** | ) | |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

NOW comes the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and in opposition to defendant's motion for early termination of supervised release [Doc. 278] shows:

1. Lovett was originally sentenced on February 9, 2015 to 90 months imprisonment after being convicted of Commercial Gambling, Conspiracy to Obstruct Enforcement of State Criminal Laws, two counts of Extortion and two counts of False Statements. Lovett's sentence included a 3-year term of supervised release following his release from BOP custody. [Doc. 189.] According to the BOP website[1], he was released from custody on or about July 30, 2021.

2. According to the supervising probation officer, supervision commenced thereafter. The probation officer has been consulted and does not recommend early termination of supervised release. The officer makes this denial recommendation based upon a number of factors, namely: (1) Lovett was released from incarceration more than a year earlier than the Court originally ordered and early release from

---

[1] https://www.bop.gov/

supervised release would further undercut the Court's sentencing objectives and (2) Lovett, prior to his conviction, held a position of immense public trust in that he was the Chief of Police for the Savannah Police Department and early termination of his already shortened sentence may serve to erode public trust in the criminal justice system. The Government concurs with the probation officer's recommendation and reasoning.

3.  Based on the foregoing, the United States opposes early termination of supervised release. The government requests that Lovett's motion be denied and that he remain on supervised release until further Order of this Court.

>Respectfully submitted,
>
>DAVID H. ESTES
>UNITED STATES ATTORNEY
>
>***/s/ Bradley R. Thompson***
>
>Bradley R. Thompson
>Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 17th day of February 2023.

>Respectfully submitted,
>
>DAVID H. ESTES
>UNITED STATES ATTORNEY
>
>*s/ Bradley R. Thompson*
>Bradley R. Thompson
>Assistant United States Attorney
>Georgia Bar No. 706187
>22 Barnard Street
>Suite 300
>Savannah, GA 31401