IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CASE NO. CR414-143 |
| WILLIE CLINTON LOVETT, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is Defendant Willie Clinton Lovett's motion for early termination of supervised release. (Doc. 278.) The Government, after consultation with the United States Probation Office, has opposed Defendant's motion. (Doc. 280 at 1-2.) Pursuant to 18 U.S.C. § 3583(e)(1), this Court may terminate a sentence and discharge a defendant from supervised release at any point after the defendant has completed one year of supervised release, "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" After careful consideration of the record in this case, Defendant's motion (Doc. 278) is **DENIED**.

SO ORDERED this 20th day of March 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA